UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al*.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**ORDER ON BEL AIR MART'S AND WONG FAMILY INVESTORS, L.P.'S MOTION FOR ENLARGEMENT OF TIME TO SERVE**<br><br>Date:          February 10, 2011<br>Time:         2:00 p.m.<br>Courtroom:  7 |

After full consideration of the arguments presented by counsel, as well as the supporting papers filed, and the papers and records on file in this action, IT IS HEREBY ORDERED that the Plaintiffs' Motion to Enlarge Time for Service is GRANTED.

///
///
///
///
///
///
///
///

The Plaintiffs shall have an additional one hundred twenty (**120)** days from January 3, 2011, within which to serve Defendants Estate of James A. Parrish, Deceased; Claudine Babin-Armstrong; Margaret Carrington (individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners); The Estate of George W. Carrington, Deceased; The Estate of Adon V. Panattoni, Deceased; The Estate of John W. Burns, Deceased; The Estate of Elice G. Burns, Deceased; and The Estate of Ronald G. Armstrong, Deceased.  After 120 days, Plaintiffs are to file a status report regarding their progress towards effectuating service.

IT IS SO ORDERED.

DATED: January 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE