| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | ROBERT P. SORAN (Bar No. 169577) |
| 2 | JENNIFER HARTMAN KING (Bar No. 211313) |
| | 621 Capitol Mall, 18th Floor |
| 3 | Sacramento, CA  95814-4731 |
| | Telephone: (916) 444-1000 |
| 4 | Facsimile: (916) 444-2100 |
| | rsoran@downeybrand.com |
| 5 | jhking@downeybrand.com |

Attorneys for Plaintiffs
BEL AIR MART, a California corporation and
WONG FAMILY INVESTORS, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., | Case No. 2:10-CV-02392 MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT RALPH ARMSTRONG'S FIRST AMENDED COUNTERCLAIM** |
| v. | |
| ARNOLD CLEANERS, INC.; *et al.*, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 144(a), Plaintiffs BEL AIR MART, a California corporation, and WONG FAMILY INVESTORS, L.P. ("Plaintiffs"), by and through their counsel of record, Jennifer Hartman King, Esq. of Downey Brand LLP, and Defendant and Counterclaimant RALPH ARMSTRONG ("Armstrong"), by and through his attorney of record, David R. Isola, Esq. of Isola Law Group, LLP, stipulate and agree as follows:

Plaintiffs' deadline to respond to Armstrong's First Amended Counterclaim shall be

///
///
///
///
///
///

1144286.1

1

extended from March 1, 2011, to and including March 30, 2011.  Plaintiffs were granted a prior extension of time, from February 7, 2011 to March 1, 2011, to respond.

DATED:  February 24, 2011                    DOWNEY BRAND LLP


By: _____
JENNIFER HARTMAN KING
Attorneys for Plaintiffs BEL AIR MART, a California corporation, and WONG FAMILY INVESTORS, L.P.


DATED:  February 24, 2011                    ISOLA LAW GROUP, LLP


By: _____
DAVID R. ISOLA
Attorneys for Defendant and Counterclaimant
RALPH ARMSTRONG

IT IS SO ORDERED.

DATE:  February 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE