DOWNEY BRAND LLP
ROBERT P. SORAN (169577)
JENNIFER HARTMAN KING (211313)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
jhking@downeybrand.com

Attorneys for Plaintiffs
BEL AIR MART, a California corporation and
WONG FAMILY INVESTORS, L.P.

STEVENS, O'CONNELL & JACOBS LLP
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110
Email: cca@sojllp.com

Attorneys for Defendant
YOLANDA M. PANATONNI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br>v.<br>ARNOLD CLEANERS, INC.; et al.,<br><br>Defendants. | CASE NO. 2:10-CV-02392 MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT YOLANDA M. PANATONNI'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to local rule 144(a), plaintiffs BEL AIR MART, a California corporation, and WONG FAMILY INVESTORS, L.P., by and through their counsel of record, Robert P. Soran, Esq. of Downey Brand LLP and defendant YOLANDA M. PANATONNI, by and through her

1

counsel of record, Craig C. Allison of Stevens, O'Connell & Jacobs LLP, stipulate and agree as follows:

Defendant shall have additional time, from February 25, 2011 up to and including March 25, 2011, within which to respond to the First Amended Complaint on file herein.  The reason for the continuance is that Stevens, O'Connell, and Jacobs has recently substituted in as counsel for Defendant and Defendant's new counsel needs additional time to review and evaluate the First Amended Complaint before filing a response thereto.

Defendant was granted a prior extension to respond from January 7, 2011 to February 4, 2011.  Defendant was granted another extension to respond from February 4, 2011 to February 25, 2011.

DOWNEY BRAND LLP

February 23, 2011          By  /s/ Robert P. Soran (as authorized on 2/23/11)
                                Robert P. Soran
                                Attorneys for Plaintiffs
                                BEL AIR MART, a California corporation and
                                WONG FAMILY INVESTORS, L.P.


STEVENS, O'CONNELL & JACOBS LLP

February 23, 2011          By     /s/ Craig C. Allison
                                Craig C. Allison
                                Attorneys for Defendant
                                YOLANDA M. PANATONNI

IT IS SO ORDERED.

DATE:  March 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE