1  DOWNEY BRAND LLP
   ROBERT P. SORAN (Bar No. 169577)
2  JENNIFER HARTMAN KING (Bar No. 211313)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   rsoran@downeybrand.com
5  jhking@downeybrand.com

6  Attorneys for Plaintiffs
   BEL AIR MART, a California corporation and
7  WONG FAMILY INVESTORS, L.P.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | BEL AIR MART, a California corporation | Case No. 2:10-CV-02392 MCE-EFB
   | and WONG FAMILY INVESTORS, L.P., |
12 |                                   | **STIPULATION AND ORDER TO EXTEND**
   |        Plaintiffs,                | **TIME TO RESPOND TO DEFENDANT**
13 |                                   | **RALPH ARMSTRONG'S FIRST AMENDED**
   |   v.                              | **COUNTERCLAIM**
14 |                                   |
   | ARNOLD CLEANERS, INC.; *et al.*,  |
15 |                                   |
   |        Defendants.                |
16

17         TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18         Pursuant to Local Rule 144(a), Plaintiffs BEL AIR MART, a California corporation, and

19  WONG FAMILY INVESTORS, L.P. ("Plaintiffs"), by and through their counsel of record,

20  Robert P. Soran, Esq. of Downey Brand LLP, and Defendant and Counterclaimant RALPH

21  ARMSTRONG ("Armstrong"), by and through his attorney of record, David R. Isola, Esq. of

22  Isola Law Group, LLP, stipulate and agree as follows:

23         Plaintiffs' deadline to respond to Armstrong's First Amended Counterclaim shall be

24  extended from March 30, 2011, to and including April 30, 2011.  Plaintiffs were granted an

25  ///

26  ///

27  ///

28  ///

                                        1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO ARMSTRONG'S FIRST AMENDED
                                   COUNTERCLAIM

extension of time from February 7, 2011 to March 1, 2011, to respond.  Plaintiffs were granted another extension of time from March 1, 2011 to March 30, 2011.

DATED:  March 23, 2011                    DOWNEY BRAND LLP


By: */s/ Robert P. Soran*
ROBERT P. SORAN
Attorneys for Plaintiffs BEL AIR MART, a California corporation, and WONG FAMILY INVESTORS, L.P.


DATED:  March ___, 2011                   ISOLA LAW GROUP, LLP


By: */s/ David R. Isola [as authorized on 3/29/11]*
DAVID R. ISOLA
Attorneys for Defendant and Counterclaimant
RALPH ARMSTRONG

IT IS SO ORDERED.

DATE:  April 5, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO ARMSTRONG'S FIRST AMENDED COUNTERCLAIM