DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
JENNIFER HARTMAN KING (Bar No. 211313)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
jhking@downeybrand.com

Attorneys for Plaintiffs
BEL AIR MART, a California corporation and
WONG FAMILY INVESTORS, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD CLEANERS, INC.; *et al.*, <br><br> Defendants. | Case No. 2:10-CV-02392 MCE-EFB <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT AND COUNTERCLAIMANT R. GERN NAGLER'S FIRST AMENDED COUNTERCLAIM; ORDER THEREON** |
|---|---|

Plaintiffs Bel Air Mart, a California corporation, and Wong Family Investors, L.P. ("Plaintiffs"), by and through their counsel of record, Robert P. Soran, Esq. of Downey Brand LLP, and Defendant and Counterclaimant R. Gern Nagler, Trustee of the John W. Burns Testamentary Trust and R. Gern Nagler, individually ("Nagler"), by and through Nagler's attorney of record, Carl P. Blaine, Esq. of Wagner Kirkman Blaine Klomparens & Youmans LLP, stipulate and agree as follows:

///

///

///

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO NAGLER'S FIRST AMENDED COUNTERCLAIM

1   Plaintiffs' deadline to respond to Nagler's First Amended Counterclaim shall be extended
2   from March 25, 2011 to April 25, 2011.  Plaintiffs were granted an extension of time from
3   February 25, 2011 to March 25, 2011.

4   DATED:  March 23, 2011.          DOWNEY BRAND LLP

5
6                                     By: */s/ Robert P. Soran*
                                          ROBERT P. SORAN
7                                     Attorneys for Plaintiffs BEL AIR MART, a California

8   DATED:  March 23, 2011.          WAGNER KIRKMAN BLAINE
                                     KLOMPARENS & YOUMANS, LLP
9
10                                    By: */s/ Carl P. Blaine [as authorized on March 23, 2011]*
                                          CARL P. BLAINE
11                                    Attorneys for Defendant and Counterclaimant
                                      R. GERN NAGLER, Trustee of the John W. Burns
12                                    Testamentary Trust and R. GERN NAGLER, individually

13
14  IT IS SO ORDERED.

15  Dated: April 6, 2011
16
17                                    _____
                                      MORRISON C. ENGLAND, JR
18                                    UNITED STATES DISTRICT JUDGE

19
20  1150422.1

21
22
23
24
25
26
27
28

2