UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al*.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**ORDER ON BEL AIR MART'S AND WONG FAMILY INVESTORS, L.P.'S MOTION FOR EXTENSION OF TIME TO SERVE**<br><br>Date:          October 6, 2011<br>Time:         2:00 p.m.<br>Courtroom:  7 |

The Motion for Extension of Time to Serve filed by Plaintiffs BEL AIR MART, a California corporation, and WONG FAMILY INVESTORS, L.P. (collectively, "Plaintiffs") came before this Court for hearing on October 6, 2011. No opposition to the motion was made, and the Court determined the matter was suitable for disposition without oral argument in accordance with Eastern District Local Rule 230(h). After full consideration of the arguments presented by counsel, as well as the supporting papers filed, and the papers and records on file in this action, IT IS HEREBY ORDERED that the Plaintiffs' Motion for Extension of Time to Serve (ECF No. 96) is GRANTED.

///

///

///

///

1    The Plaintiffs shall have an additional 120 days from August 31, 2011, within which to
2    serve Defendants Estate of James A. Parrish, deceased; The Estate of Margaret Carrington,
3    deceased; The Estate of George W. Carrington, deceased; The Estate of Adon V. Panattoni,
4    deceased; The Estate of John W. Burns, deceased; The Estate of Elice G. Burns, deceased; The
5    Estate of Ronald G. Armstrong, deceased; and Claudine Babin-Armstrong.[1]
6    IT IS SO ORDERED.
7    Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] It is noted that as a United States citizen living in a foreign country, FRCP 4(m)'s 120-day service requirement does not apply to Ms. Babin-Armstrong. This Order applies to Ms. Babin-Armstrong to the extent she returns to the United States.

1