CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
ERIC R. GARNER (State Bar #131232)
Email: egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:    (916) 920-5286
Facsimile:     (916) 920-8608

Attorneys for R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust, and ROBERT GERN NAGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>ORDER ON NAGLER COUNTERCLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE |
| R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER,<br><br>Counterclaimants,<br><br>BEL AIR MART, a California corporation; WONG FAMILY INVESTORS L.P.; ARNOLD CLEANERS, INC.; HAN HOI JOO, individually and dba Arnold Cleaners and Arnold Palmer Cleaners; CHANG SUN JOO, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; PETER KIM, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; RALPH ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MELVA JO KIRBY ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF JAMES A. PARRISH | Date:    October 6, 2011<br>Time:    2:00 p.m.<br>Courtroom 7 |

{13868.00000 / 00575611.DOC.1}        1
[PROPOSED] ORDER ON MOTION FOR ENLARGEMENT OF TIME TO SERVE

DECEASED; CLAUDINE BABIN-ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MARGARET CARRINGTON, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF GEORGE W. CARRINGTON, DECEASED,

Counterdefendants.

The Motion for Enlargement of Time to Serve filed by counterclaimants R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER ("NAGLER counterclaimants") came before this Court for hearing on October 6, 2011. No opposition to the Motion was made, and the Court determined the matter was suitable for disposition without oral argument in accordance with Eastern District Local Rule 230(h). After full consideration of the arguments presented by counsel, as well as the supporting papers filed, and the papers and records on file in this action, IT IS HEREBY ORDERED that NAGLER counterclaimants' Motion for Enlargement of Time to Serve (ECF No. 97) is GRANTED.

The NAGLER counterclaimants shall have an additional 120 days from September 30, 2011, within which to serve counterdefendants Estate of James A. Parrish, deceased; Claudine Babin-Armstrong; The Estate of Margaret Carrington, deceased; The Estate of George W. Carrington, deceased; and The Estate of Ronald G. Armstrong, deceased.

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{13868.00000 / 00575611.DOC.1}   2
[PROPOSED] ORDER ON MOTION FOR ENLARGEMENT OF TIME TO SERVE