1  CARL P. BLAINE (State Bar #65229)
   Email: cblaine@wkblaw.com
2  ERIC R. GARNER (State Bar #131232)
   Email: egarner@wkblaw.com
3  **WAGNER KIRKMAN BLAINE**
   **KLOMPARENS & YOUMANS LLP**
4  10640 Mather Blvd., Suite 200
   Mather, California 95655
5  Telephone:   (916) 920-5286
   Facsimile:    (916) 920-8608
6

7  Attorneys for R. GERN NAGLER, as Trustee
   of the John W. Burns Testamentary Trust,
8  and ROBERT GERN NAGLER

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13  BEL AIR MART, a California corporation and      Case No. 2:10-CV-02392 MCE-EFB
    WONG FAMILY INVESTORS, L.P.,
14
            Plaintiffs,                             ORDER ON NAGLER
15                                                  COUNTERCLAIMANTS'
        v.                                          MOTION FOR ENLARGEMENT
16                                                  OF TIME TO SERVE
    ARNOLD CLEANERS, INC., et al.,
17
            Defendants.
18  
    R. GERN NAGLER, AS TRUSTEE OF THE
19  JOHN W. BURNS TESTAMENTARY TRUST,
    ROBERT GERN NAGLER,                             Date:   October 6, 2011
20                                                  Time:   2:00 p.m.
            Counterclaimants,                       Courtroom 7
21  
    BEL AIR MART, a California corporation; WONG
22  FAMILY INVESTORS L.P.; ARNOLD
    CLEANERS, INC.; HAN HOI JOO, individually
23  and dba Arnold Cleaners and Arnold Palmer
    Cleaners; CHANG SUN JOO, , individually and
24  dba Arnold Cleaners and Arnold Palmer Cleaners;
    PETER KIM, , individually and dba Arnold
25  Cleaners and Arnold Palmer Cleaners; THE
    ESTATE OF RONALD G. ARMSTRONG,
26  DECEASED; RALPH ARMSTRONG,
    individually and dba Arnold Palmer Cleaning
27  Center and Arnold Palmer Cleaners; MELVA JO
    KIRBY ARMSTRONG, individually and dba
28  Arnold Palmer Cleaning Center and Arnold Palmer
    Cleaners; THE ESTATE OF JAMES A. PARRISH

{13868.00000 / 00575611.DOC.1}                      1

[PROPOSED] ORDER ON MOTION FOR ENLARGEMENT OF TIME TO SERVE

DECEASED; CLAUDINE BABIN-ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MARGARET CARRINGTON, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF GEORGE W. CARRINGTON, DECEASED,

Counterdefendants.

The Motion for Enlargement of Time to Serve filed by counterclaimants R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER ("NAGLER counterclaimants") came before this Court for hearing on October 6, 2011.  No opposition to the Motion was made, and the Court determined the matter was suitable for disposition without oral argument in accordance with Eastern District Local Rule 230(h).   After full consideration of the arguments presented by counsel, as well as the supporting papers filed, and the papers and records on file in this action, IT IS HEREBY ORDERED that NAGLER counterclaimants' Motion for Enlargement of Time to Serve (ECF No. 97) is GRANTED.

The NAGLER counterclaimants shall have an additional 120 days from September 30, 2011, within which to serve counterdefendants Estate of James A. Parrish, deceased; Claudine Babin-Armstrong; The Estate of Margaret Carrington, deceased; The Estate of George W. Carrington, deceased; and The Estate of Ronald G. Armstrong, deceased.

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE