```
 1  CARL P. BLAINE (State Bar #65229)
    Email: cblaine@wkblaw.com
 2  ERIC R. GARNER (State Bar #131232)
    Email: egarner@wkblaw.com
 3  WAGNER KIRKMAN BLAINE
    KLOMPARENS & YOUMANS LLP
 4  10640 Mather Blvd., Suite 200
    Mather, California 95655
 5  Telephone:   (916) 920-5286
    Facsimile:   (916) 920-8608
 6

 7  Attorneys for R. GERN NAGLER, as Trustee
    of the John W. Burns Testamentary Trust, and
 8  ROBERT GERN NAGLER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>AMENDED ORDER ON NAGLER COUNTERCLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE |
|---|---|
| R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER,<br><br>Counterclaimants,<br><br>BEL AIR MART, a California corporation; WONG FAMILY INVESTORS L.P.; ARNOLD CLEANERS, INC.; HAN HOI JOO, individually and dba Arnold Cleaners and Arnold Palmer Cleaners; CHANG SUN JOO, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; PETER KIM, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; RALPH ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MELVA JO KIRBY ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF JAMES A. PARRISH | Date:   February 9, 2012<br>Time:   2:00 p.m.<br>Courtroom 7 |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DECEASED; CLAUDINE BABIN-ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MARGARET CARRINGTON, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF GEORGE W. CARRINGTON, DECEASED, |
| 5 | Counterdefendants. |

6

7   The Motion for Enlargement of Time to Serve filed by counterclaimants R. GERN

8  NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT

9  GERN NAGLER ("NAGLER counterclaimants") came before this Court for hearing on

10 October 6, 2011. After full consideration of the arguments presented by counsel, as well as the

11 supporting papers filed, and the papers and records on file in this action, IT IS HEREBY

12 ORDERED that NAGLER counterclaimants' Motion for Enlargement of Time to Serve is

13 GRANTED.

14   The NAGLER counterclaimants shall have an additional 120 days from January 30,

15 2012, within which to serve counterdefendants Estate of James A. Parrish, deceased; Claudine

16 Babin-Armstrong; The Estate of Margaret Carrington, deceased; The Estate of George W.

17 Carrington, deceased; and The Estate of Ronald G. Armstrong, deceased.

18   IT IS SO ORDERED.

19 DATE: March 27, 2012

20
21   _____
22   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

{13868.00000 / 00592237.DOC.2}           2
[PROPOSED] AMENDED ORDER ON NAGLER MOTION FOR ENLARGEMENT OF TIME TO SERVE