UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al*.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**ORDER APPROVING *EX PARTE* APPLICATION OF PLAINTIFFS BEL AIR MART AND WONG FAMILY INVESTORS, L.P., AND DEFENDANTS RALPH ARMSTRONG, YOLANDA PANATTONI, ARNOLD CLEANERS, INC., HAN HOI JOO, AND PETER KIM TO HEAR MOTION FOR LIMITED STAY OF LITIGATION ON SHORTENED TIME** |

Pending before the Court is the *Ex Parte* Application for an Order Shortening Time regarding the Motion of Plaintiffs Bel Air Mart and Wong Family Investors, L.P. and Defendants Ralph Armstrong, Yolanda Panattoni, Arnold Cleaners, Inc., Han Hoi Joo, Chang Sun Joo, and Peter Kim for a Limited Stay of Litigation ("Motion").

The *Ex Parte* Application is GRANTED. The hearing on the Motion is set for May 31, 2012 at 2:00 p.m. in Courtroom No. 7.

Any Opposition to the Motion shall be filed by May 23, 2012.

The Moving Parties shall file their Reply by May 29, 2012.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE