| | |
|---|---|
| 1 | CARL P. BLAINE (State Bar #65229) |
| | Email: cblaine@wkblaw.com |
| 2 | ERIC R. GARNER (State Bar #131232) |
| | Email: egarner@wkblaw.com |
| 3 | **WAGNER KIRKMAN BLAINE** |
| | **KLOMPARENS & YOUMANS LLP** |
| 4 | 10640 Mather Blvd., Suite 200 |
| | Mather, California 95655 |
| 5 | Telephone:   (916) 920-5286 |
| | Facsimile:    (916) 920-8608 |

Attorneys for R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust, and ROBERT GERN NAGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., | Case No. 2:10-CV-02392 MCE-EFB |
| Plaintiffs, | EX PARTE ORDER SHORTENING TIME ON NAGLER COUNTERCLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE |
| v. | |
| ARNOLD CLEANERS, INC., et al., | |
| Defendants. | |
| R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER, | The Honorable Morrison England, Jr. |
| Counterclaimants, | |
| BEL AIR MART, a California corporation; WONG FAMILY INVESTORS L.P.; ARNOLD CLEANERS, INC.; HAN HOI JOO, individually and dba Arnold Cleaners and Arnold Palmer Cleaners; CHANG SUN JOO, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; PETER KIM, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; RALPH ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MELVA JO KIRBY ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF JAMES A. PARRISH | |

DECEASED; CLAUDINE BABIN-ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MARGARET CARRINGTON, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF GEORGE W. CARRINGTON, DECEASED,

Counterdefendants.

Pending before the Court is the Ex Parte Application for Order Shortening Time on Motion for Enlargement of Time to Serve filed by counterclaimants R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER ("NAGLER counterclaimants") requesting an additional 120 days from May 29, 2012, within which to serve counterdefendants Estate of James A. Parrish, deceased; Claudine Babin-Armstrong; The Estate of Margaret Carrington, deceased; The Estate of George W. Carrington, deceased; and The Estate of Ronald G. Armstrong, deceased (the "Motion").

The Ex Parte Application is GRANTED. The hearing on the Motion is set for May 31, 2012 at 2:00 p.m. in Courtroom No. 7.

Any opposition to the Motion shall be filed by May 25, 2012.

The moving parties shall file their reply by May 29, 2012.

IT IS SO ORDERED.

DATED: May 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE