CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
ERIC R. GARNER (State Bar #131232)
Email: egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:    (916) 920-5286
Facsimile:     (916) 920-8608

Attorneys for R. GERN NAGLER, as Trustee
of the John W. Burns Testamentary Trust, and
ROBERT GERN NAGLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>ORDER ON NAGLER COUNTERCLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE |
| R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER,<br><br>Counterclaimants,<br><br>BEL AIR MART, a California corporation; WONG FAMILY INVESTORS L.P.; ARNOLD CLEANERS, INC.; HAN HOI JOO, individually and dba Arnold Cleaners and Arnold Palmer Cleaners; CHANG SUN JOO, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; PETER KIM, , individually and dba Arnold Cleaners and Arnold Palmer Cleaners; THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; RALPH ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MELVA JO KIRBY ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF JAMES A. PARRISH | Date:    5/31/12<br>Time:    2:00 p.m.<br>Courtroom 7 |

{13868.00000 / 00617002.DOC.1 }                    1
[PROPOSED] AMENDED ORDER ON NAGLER MOTION FOR ENLARGEMENT OF TIME TO SERVE

DECEASED; CLAUDINE BABIN-ARMSTRONG, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; MARGARET CARRINGTON, individually and dba Arnold Palmer Cleaning Center and Arnold Palmer Cleaners; THE ESTATE OF GEORGE W. CARRINGTON, DECEASED,

Counterdefendants.

The Motion for Enlargement of Time to Serve filed by counterclaimants R. GERN NAGLER, AS TRUSTEE OF THE JOHN W. BURNS TESTAMENTARY TRUST, ROBERT GERN NAGLER ("NAGLER counterclaimants") came before this Court for hearing on May 31, 2012. There was no opposition to that Motion. After full consideration of the supporting papers filed, and good cause appearing therefor, IT IS HEREBY ORDERED that NAGLER counterclaimants' Motion for Enlargement of Time to Serve (ECF No. 130) is GRANTED.[1]

The NAGLER counterclaimants shall have an additional 120 days from May 29, 2012, or until September 26, 2012, within which to serve counterdefendants Estate of James A. Parrish, deceased; Claudine Babin-Armstrong; The Estate of Margaret Carrington, deceased; The Estate of George W. Carrington, deceased; and The Estate of Ronald G. Armstrong, deceased.

IT IS SO ORDERED.

Dated:  June 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs in accordance with Local Rule 230(g).

{13868.00000 / 00617002.DOC.1}   2
[PROPOSED] AMENDED ORDER ON NAGLER MOTION FOR ENLARGEMENT OF TIME TO SERVE