DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
ELIZABETH B. STALLARD (Bar No. 221445)
OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
estallard@downeybrand.com
owright@downeybrand.com

Attorneys for Plaintiff and Counterdefendant
BEL AIR MARKET, a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD CLEANERS, INC.; *et al.*, <br><br> Defendants. | Case No. 2:10-CV-02392 MCE-EFB <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTER AND CROSS-CLAIM OF THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; ORDER** |
| AND RELATED CROSS-ACTIONS | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, by and through its counsel of record Farheena A. Habib of Bassi Edlin Huie & Blum LLP, and Plaintiffs Bel Air Mart, a California corporation, by and through its counsel of record Robert P. Soran of Downey Brand, and Wong Family Investors, L.P., by and through its counsel of record John C. Lassner of the Law Office of John C. Lassner, and Defendant Robert

Gern Nagler, individually and as Trustee of the John W. Burns Testamentary Trust ("Nagler"), by and through his counsel of record Eric Garner of Wagner, Kirkman, Blaine, Klomparens & Youmans LLP, stipulate and agree as follows:

The deadline for Plaintiffs and Nagler to respond to the Counter and Cross-Claims filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, shall be extended for 28 days from November 30, 2012, up to and including December 28, 2012.  No prior extensions of time to respond to this pleading have been granted.

Good cause exists for the requested extension.  Several parties to this action, including but not limited to the parties to this stipulation, are presently engaged in settlement discussions, have participated in a full day of mediation before Robert Kaplan of Judicate West, and have agreed to continue the mediation to a mutually acceptable date in the future.  Based on the status of the parties settlement discussions and mediation, as well as other factors, the parties are meeting and conferring about the possibility of filing a joint motion seeking a further brief stay of the litigation.  The requested extension would allow the parties to conserve their limited resources while these settlement discussions and mediation are ongoing.

DATED:  November 27, 2012          DOWNEY BRAND LLP

By: /s/ *Robert P. Soran*
ROBERT P. SORAN
Attorneys for Plaintiff and Counterdefendant
BEL AIR MART, a California corporation

DATED:  November 27, 2012          LAW OFFICE OF JOHN C. LASSNER

By: /s/ *John C. Lassner* [as authorized on 11/26/12]
JOHN C. LASSNER
Attorneys for Plaintiff and Counterdefendant
WONG FAMILY INVESTORS, L.P.

1290091.1                                         2

| | | |
|---|---|---|
| 1 | DATED: November 27, 2012 | WAGNER, KIRKMAN, BLAINE, KLOMPARENS & YOUMANS LLP |

By: /s/ *Eric Garner* [as authorized on 11/27/12]
ERIC GARNER
Attorneys for Defendants and Counterclaimants
R. GERN NAGLER as Trustee of the John W. Burns Testamentary Trust, and
ROBERT GERN NAGLER

DATED: November 27, 2012        BASSI EDLIN HUIE & BLUM LLP

By: /s/ *Farheena Habib* [as authorized on 11/27/12]
FARHEENA HABIB
Attorneys for CENTURY INDEMNITY COMPANY, on behalf of Defendant and Counterclaimant THE ESTATE OF RONALD G. ARMSTRONG, DECEASED

**ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the request to extend the deadline for Plaintiffs and Nagler to respond to the Counter and Cross-Claims filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, is GRANTED.  The deadline for Plaintiffs and Nagler to respond to the Counter and Cross-Claims is hereby extended for 28 days from November 30, 2012, up to and including December 28, 2012.

Dated: December 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1290091.1                                                 3