DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
ELIZABETH B. STALLARD (Bar No. 221445)
OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
estallard@downeybrand.com
owright@downeybrand.com

Attorneys for Plaintiff and Counterdefendant
BEL AIR MARKET, a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:10-CV-02392 MCE-EFB<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTER AND CROSS-CLAIM OF THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, by and through its counsel of record Farheena A. Habib of Bassi Edlin Huie & Blum LLP, and Plaintiffs Bel Air Mart, a California corporation, by and through its counsel of record Robert P. Soran of Downey Brand, and Wong Family Investors, L.P., by and through its counsel of record John C. Lassner of the Law Office of John C. Lassner, and Defendant Robert

1  Gern Nagler, individually and as Trustee of the John W. Burns Testamentary Trust ("Nagler"), by
2  and through his counsel of record Eric Garner of Wagner, Kirkman, Blaine, Klomparens &
3  Youmans LLP, stipulate and agree as follows:
4        The deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century
5  Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance
6  Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased,
7  pursuant to California Probate Code section 550 *et seq.*, shall be extended for 28 days from
8  December 28, 2012, up to and including January 25, 2013.  The parties hereto previously
9  stipulated to one prior extension from November 30, 2012 to December 28, 2012.  Good cause
10 exists for the requested extension.  Several parties to this action, including but not limited to the
11 parties to this stipulation, are presently engaged in settlement discussions, have participated in a
12 full day of mediation before Robert Kaplan of Judicate West, and have agreed to continue the
13 mediation to a mutually acceptable date in the future.  Based on the status of the parties
14 settlement discussions and mediation, as well as other factors, the parties are meeting and
15 conferring about the possibility of filing a joint motion seeking a further brief stay of the
16 litigation.  The requested extension would allow the parties to conserve their limited resources
17 while these settlement discussions and mediation are ongoing.

18 DATED:  December 21, 2012         DOWNEY BRAND LLP

20                                    By: /s/ *Robert P. Soran*
21                                    ROBERT P. SORAN
                                      Attorneys for Plaintiff and Counterdefendant
22                                    BEL AIR MART, a California corporation

23 DATED:  December 21, 2012         LAW OFFICE OF JOHN C. LASSNER

25                                    By: /s/ *John C. Lassner* [as authorized on 12/20/12]
                                      JOHN C. LASSNER
26                                    Attorneys for Plaintiff and Counterdefendant
                                      WONG FAMILY INVESTORS, L.P.
27
28

DATED:  December 21, 2012        BASSI EDLIN HUIE & BLUM LLP

By: /s/ *Farheena Habib* [as authorized on 12/20/12]
FARHEENA HABIB
Attorneys for CENTURY INDEMNITY
COMPANY, on behalf of Defendant and
Counterclaimant THE ESTATE OF RONALD G.
ARMSTRONG, DECEASED

**ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the request to extend the deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, is GRANTED.  The deadline for Plaintiffs to respond to the Counter and Cross-Claims is hereby extended for 28 days from December 28, 2012, up to and including January 25, 2013.

Dated:  December 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE