1  CARL P. BLAINE (State Bar #65229)
   Email: cblaine@wkblaw.com
2  ERIC R. GARNER (State Bar #131232)
   Email: egarner@wkblaw.com
3  **WAGNER KIRKMAN BLAINE**
   **KLOMPARENS & YOUMANS LLP**
4  10640 Mather Blvd., Suite 200
   Mather, California 95655
5  Telephone:     (916) 920-5286
   Facsimile:     (916) 920-8608
6
7  Attorneys for R. GERN NAGLER, as Trustee
   of the John W. Burns Testamentary Trust, and
   ROBERT GERN NAGLER
8

9                 UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  BEL AIR MART, a California corporation and     Case No. 2:10-CV-02392 MCE-EFB
    WONG FAMILY INVESTORS, L.P.,
13
                 Plaintiffs,                       THIRD STIPULATION TO
14                                                 EXTEND TIME TO RESPOND TO
          v.                                       THE COUNTERCLAIM OF THE
15                                                 ESTATE OF RONALD G.
    ARNOLD CLEANERS, INC., et al.,                 ARMSTRONG, DECEASED;
16                                                 ORDER
                 Defendants.
17

18  AND RELATED CROSS-ACTIONS.

19

20       TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

21       Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to

22  CCI Insurance Company, as successor to Insurance Company of North America, as alleged

23  insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California probate Code

24  section 550 et seq. ("Century"), by and through its counsel of record, Farheena A. Habib of Bassi

25  Edlin Huie & Blum LLP, and Defendant Robert Gern Nagler, individually and as Trustee of the

26  John W. Burns Testamentary Trust ("Nagler"), by and through his counsel of record Eric R.

27  Garner of Wagner Kirkman Blaine Klomparens & Youmans LLP, stipulate and agree as follows:

28  ///

1  The deadline for Nagler to respond to the Counterclaim filed by Century shall be extended from

2  January 25, 2013, up to and including April 30, 2013.  The extension provided for by this

3  Stipulation may be terminated by any party to this Stipulation by service of written notice of

4  termination served by hand delivery, email, or facsimile.  If the extension provided for by this

5  Stipulation is so terminated, the deadline for Nagler to respond to the Counterclaim filed by

6  Century shall be 20 days after the date of delivery of the notice of termination.  The parties

7  hereby previously stipulated to two prior extensions from November 30, 2012, to December 28,

8  2012, and from December 28, 2012 to January 25, 2013.

9          Good cause exists for the requested extension.  Several parties to this action, including

10  but not limited to the parties to this stipulation, are presently engaged in settlement discussions,

11  have participated in a full day of mediation before Robert Kaplan of Judicate West, and have

12  agreed to continue the mediation to a mutually acceptable date in the future.  The parties are

13  hopeful that the continued mediation will take place in late March or April 2013, and are

14  working to coordinate and schedule this continued mediation.  Based on the status of the parties'

15  settlement discussions and mediation, as well as other factors, the parties are meeting and

16  conferring about the possibility of filing a joint motion seeking a further brief stay of the

17  litigation.  The requested extension would allow the parties to conserve their limited resources

18  while these settlement discussions and mediation are ongoing.

19  DATE:  January 23, 2013                    WAGNER KIRKMAN BLAINE
                                               KLOMPARENS & YOUMANS LLP
20

21                                             By:   /s/ Eric R. Garner
                                                     Eric R. Garner
22                                                   Attorneys for Defendant and
                                                     Counterdefendant Robert Gern Nagler,
23                                                   Individually and as Trustee of the John
                                                     W. Burns Testamentary Trust
24

25

26

27

28

DATE:  January 23, 2013                    BASSI EDLIN HUIE & BLUM LLP


                                           By:  /s/ Farheena A. Habib [as authorized on 1/23/13
                                                Farheena A. Habib
                                                Attorneys for Cross-Claimant


                                    **ORDER**


        Pursuant to the joint stipulation of the parties, and good cause appearing therefor, the

request to extend the deadline for Defendant Robert Gern Nagler, individually and as Trustee of

the John W. Burns Testamentary Trust ("Nagler") to respond to the Counterclaim filed by

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance

Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased,

pursuant to California Probate Code section 550 et seq. ("Century"), is GRANTED. The deadline

for Nagler to respond to the Counterclaim is hereby extended from January 25, 2013, up to and

including April 30, 2013.  The extension provided for by this Stipulation may be terminated by

any party to this Stipulation by service of written notice of termination served by hand delivery,

email, or facsimile.  If the extension provided for by this Stipulation is so terminated, the

deadline for Nagler to respond to the Counterclaim filed by Century shall be 20 days after the

date of delivery of the notice of termination.

        IT IS SO ORDERED.

Dated:    February 4, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
ATTORNEYS AT LAW
10640 Mather Blvd., Suite 200, Mather, California  95655
Phone: (916) 920-5286  Fax: (916) 920-8608