CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
ERIC R. GARNER (State Bar #131232)
Email: egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE**
**KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for R. GERN NAGLER, as Trustee
of the John W. Burns Testamentary Trust, and
ROBERT GERN NAGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD CLEANERS, INC., et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-02392 MCE-EFB <br><br> THIRD STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTERCLAIM OF THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; ORDER |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California probate Code section 550 et seq. ("Century"), by and through its counsel of record, Farheena A. Habib of Bassi Edlin Huie & Blum LLP, and Defendant Robert Gern Nagler, individually and as Trustee of the John W. Burns Testamentary Trust ("Nagler"), by and through his counsel of record Eric R. Garner of Wagner Kirkman Blaine Klomparens & Youmans LLP, stipulate and agree as follows:

///

1  The deadline for Nagler to respond to the Counterclaim filed by Century shall be extended from
2  January 25, 2013, up to and including April 30, 2013.  The extension provided for by this
3  Stipulation may be terminated by any party to this Stipulation by service of written notice of
4  termination served by hand delivery, email, or facsimile.  If the extension provided for by this
5  Stipulation is so terminated, the deadline for Nagler to respond to the Counterclaim filed by
6  Century shall be 20 days after the date of delivery of the notice of termination.  The parties
7  hereby previously stipulated to two prior extensions from November 30, 2012, to December 28,
8  2012, and from December 28, 2012 to January 25, 2013.

9  Good cause exists for the requested extension.  Several parties to this action, including
10 but not limited to the parties to this stipulation, are presently engaged in settlement discussions,
11 have participated in a full day of mediation before Robert Kaplan of Judicate West, and have
12 agreed to continue the mediation to a mutually acceptable date in the future.  The parties are
13 hopeful that the continued mediation will take place in late March or April 2013, and are
14 working to coordinate and schedule this continued mediation.  Based on the status of the parties'
15 settlement discussions and mediation, as well as other factors, the parties are meeting and
16 conferring about the possibility of filing a joint motion seeking a further brief stay of the
17 litigation.  The requested extension would allow the parties to conserve their limited resources
18 while these settlement discussions and mediation are ongoing.

19 DATE:  January 23, 2013                    WAGNER KIRKMAN BLAINE
                                              KLOMPARENS & YOUMANS LLP
20

21                                            By:  /s/ Eric R. Garner
                                                  Eric R. Garner
22                                                Attorneys for Defendant and
                                                  Counterdefendant Robert Gern Nagler,
23                                                Individually and as Trustee of the John
                                                  W. Burns Testamentary Trust
24

25

26

27

28

DATE:  January 23, 2013　　　　　　　BASSI EDLIN HUIE & BLUM LLP

By:  /s/ Farheena A. Habib [as authorized on 1/23/13
　　　Farheena A. Habib
　　　Attorneys for Cross-Claimant

## ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing therefor, the request to extend the deadline for Defendant Robert Gern Nagler, individually and as Trustee of the John W. Burns Testamentary Trust ("Nagler") to respond to the Counterclaim filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 et seq. ("Century"), is GRANTED.  The deadline for Nagler to respond to the Counterclaim is hereby extended from January 25, 2013, up to and including April 30, 2013.  The extension provided for by this Stipulation may be terminated by any party to this Stipulation by service of written notice of termination served by hand delivery, email, or facsimile.  If the extension provided for by this Stipulation is so terminated, the deadline for Nagler to respond to the Counterclaim filed by Century shall be 20 days after the date of delivery of the notice of termination.

IT IS SO ORDERED.

Dated:    February 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE