KEITH D. CHIDLAW, BAR NO. 133604
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendants/Counterdefendants
ARNOLD CLEANERS, INC., HAN HOI JOO, CHANG SUN JOO and PETER KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS ACTIONS<br>_____ | NO.  2:10-CV-02392 MCE-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM OF ARROWOOD INDEMNITY COMPANY; ORDER** |

Counterclaimant ARROWOOD INDEMNITY COMPANY AS THE ALLEGED INSURER OF THE BURNS ESTATE by and through their counsel of record, Earl L. Hagstrom, of Sedgwick, LLP and counterdefendants ARNOLD CLEANERS, INC., HAN HOI JOO, CHANG SUN JOO and PETER KIM, by and through their attorney Keith D. Chidlaw of Schuering Zimmerman & Doyle, LLP, stipulate and agree as follows:

Counterdefendants' deadline to respond to ARROWOOD'S Cross-claim shall be extended from February 19, 2013, up to and including February 26, 2013.  No prior extensions of time to respond to this pleading have been granted.

Dated: February 19, 2013

## SEDGWICK, LLP

By /s/ Allison M. Low
    Allison M. Low
    (As authorized on February 19, 2013)

    Attorneys for Counterclaimant
    Arrowood Indemnity Company

Dated: February 19, 2013

## SCHUERING ZIMMERMAN & DOYLE, LLP

By /s/ Keith D. Chidlaw
    KEITH D. CHIDLAW

    Attorneys for Counterdefendants
    Arnold Cleaners, Han Hoi Joo
    Chang Sun Joo and Peter Kim

### ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing therefor, the request to extend the deadline for Defendants Arnold Cleaners, Han Hoi Joo, Chang Sun Joo and Peter Kim to respond to the Cross-Claim filed by Arrowood Indemnity Company as the alleged insurer of the Estate of John W. Burns, deceased, and the Estate of Elice G. Burns, deceased, pursuant to California Probate Code Section 500 et seq. ("Arrowood"), is GRANTED.  The deadline for Defendants Arnold Cleaners, Han Hoi Joo, Chang Sun Joo and Peter Kim to respond to the Cross-Claim is

hereby extended from February 19, 2013, up to and including February 26, 2013.

    IT IS SO ORDERED.

Dated:   February 27, 2013

                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                               UNITED STATES DISTRICT JUDGE