CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
ERIC R. GARNER (State Bar #131232)
Email: egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust, and ROBERT GERN NAGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD CLEANERS, INC., et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-02392 MCE-EFB <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO THE CROSS-CLAIM OF ARROWOOD INDEMNITY COMPANY INSURER OF THE ESTATE OF JOHN W. BURNS, DECEASED, AND THE ESTATE OF ELICE G. BURNS, DECEASED, PURSUANT TO PROBATE CODE SECTION 550 ET SEQ.; ORDER |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), defendant and cross-claimant Arrowood Indemnity Company, as alleged insurer of the Estate of John W. Burns, deceased, and the Estate of Elice G. Burns, deceased, pursuant to Probate code section 550 et seq. ("Arrowood"), by and through its counsel of record, Alex Potente of Sedgwick LLP, and Defendant and cross-defendant Robert Gern Nagler, individually ("Nagler"), by and through his counsel of record Eric R. Garner of

{13868.00000 / 00670491.DOC.1 }   1

1  Wagner Kirkman Blaine Klomparens & Youmans LLP, stipulate and agree as follows:

2      The deadline for Nagler to respond to the Cross-Claim filed by Arrowood shall be
3  extended from February 19, 2013, up to and including April 30, 2013.  The extension provided
4  for by this Stipulation may be terminated by any party to this Stipulation by service of written
5  notice of termination served by hand delivery, email, or facsimile.  If the extension provided for
6  by this Stipulation is so terminated, the deadline for Nagler to respond to the Cross-Claim filed
7  by Arrowood shall be 20 days after the date of delivery of the notice of termination.  No other
8  extensions have been sought as to the Arrowood Cross-Claim.  Several other parties have been
9  granted extensions until April 30, 2013, in connection with the Counterclaim/Cross-Claim of
10 Century Indemnity Company, etc., the alleged insurer of The Estate of Ronald G. Armstrong,
11 deceased.

12     Good cause exists for the requested extension.  Several parties to this action, including
13 but not limited to the parties to this stipulation, are presently engaged in settlement discussions,
14 have participated in a full day of mediation before Robert Kaplan of Judicate West, and have
15 agreed to continue the mediation to a mutually acceptable date in the future.  The parties are
16 hopeful that the continued mediation will take place in late March or April 2013, and are
17 working to coordinate and schedule this continued mediation.  Based on the status of the parties'
18 settlement discussions and mediation, as well as other factors, the parties are meeting and
19 conferring about the possibility of filing a joint motion seeking a further brief stay of the
20 litigation.  The requested extension would allow the parties to conserve their limited resources
21 while these settlement discussions and mediation are ongoing.

22 DATE:  February 8, 2013                         WAGNER KIRKMAN BLAINE
                                                  KLOMPARENS & YOUMANS LLP
23

24                                                By:  /s/ Eric R. Garner
                                                       Eric R. Garner
25                                                     Attorneys for Defendant and
                                                       Counterdefendant Robert Gern Nagler,
26                                                     Individually

27

28

{13868.00000 / 00670491.DOC.1 }                          2

DATE: February _8, 2013         SEDGWICK LLP

By:  /s/ Allison Low [as authorized on 2/8/13
    Allison Low
    Attorneys for Cross-Claimant
    Arrowood Indemnity Company, as alleged
    insurer of the Estate of John W. Burns, deceased,
    and the Estate of Elice G. Buns, deceased,
    pursuant to Probate Code sections 500 et seq.

## ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing therefor, the request to extend the deadline for Defendant Robert Gern Nagler, individually ("Nagler") to respond to the Cross-Claim filed by Arrowood Indemnity Company as the alleged insurer of the Estate of John W. Burns, deceased, and the Estate of Elice G. Burns, deceased, pursuant to California Probate Code section 550 et seq. ("Arrowood"), is GRANTED. The deadline for Nagler to respond to the Cross-Claim is hereby extended from February 19, 2013, up to and including April 30, 2013. The extension provided for by this Stipulation may be terminated by any party to this Stipulation by service of written notice of termination served by hand delivery, email, or facsimile. If the extension provided for by this Stipulation is so terminated, the deadline for Nagler to respond to the Cross-Claim filed by Arrowood shall be 20 days after the date of delivery of the notice of termination.

IT IS SO ORDERED.

Dated:   March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE