DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
owright@downeybrand.com

Attorneys for Plaintiff and Counterdefendant
BEL AIR MARKET, a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al.*,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO THE COUNTER AND CROSS-CLAIM OF THE ESTATE OF RONALD G. ARMSTRONG, DECEASED; ORDER** |
| AND RELATED CROSS-ACTIONS | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, by and through its counsel of record Farheena A. Habib of Bassi Edlin Huie & Blum LLP, and Plaintiffs Bel Air Mart, a California corporation, by and through its counsel of record Robert P. Soran of Downey Brand, and Wong Family Investors, L.P., by and through its counsel of record John C. Lassner of the Law Office of John C. Lassner, stipulate and agree as follows:

1314539.1                                                          1

The deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, shall be extended for 14 days from April 30, 2013, up to and including May 14, 2013.  The parties hereto previously stipulated to three prior extensions from the original date of November 30, 2012, to the current date of April 30, 2013.  Good cause exists for the requested extension.  Several parties to this action, including but not limited to the parties to this stipulation, have engaged in settlement discussions, have participated in a full day of mediation before Robert Kaplan of Judicate West, and have agreed to continue the mediation to a mutually acceptable date in the future.  In addition, there is a pending motion for limited stay to allow the parties to conduct discovery on a discrete issue, the resolution of which is considered a prerequisite to settlement by one of the parties.  The requested extension would allow the parties to conserve their limited resources and focus on resolution while these settlement discussions and mediation are ongoing.

DATED:  April 30, 2013              DOWNEY BRAND LLP

By:  /s/ *Robert P. Soran*
ROBERT P. SORAN
Attorneys for Plaintiff and Counterdefendant
BEL AIR MART, a California corporation

DATED:  April 30, 2013              LAW OFFICE OF JOHN C. LASSNER

By:  /s/ *John C. Lassner* [as authorized on 04/30/12]
JOHN C. LASSNER
Attorneys for Plaintiff and Counterdefendant
WONG FAMILY INVESTORS, L.P.

DATED:  April 30, 2013              BASSI EDLIN HUIE & BLUM LLP

By:  /s/ *Farheena Habib* [as authorized on 04/30/12]
FARHEENA HABIB
Attorneys for CENTURY INDEMNITY COMPANY, on behalf of Defendant and Counterclaimant THE ESTATE OF RONALD G. ARMSTRONG, DECEASED

# ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing, the request to extend the deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, is GRANTED.   The deadline for Plaintiffs to respond to the Counter and Cross-Claims is hereby extended 14 days from April 30, 2013, up to and including May 14, 2013.

IT IS SO ORDERED.

DATE:  May 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT