1  DOWNEY BRAND LLP
   ROBERT P. SORAN (Bar No. 169577)
2  OLIVIA M. WRIGHT (Bar No. 240200)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   rsoran@downeybrand.com
5  owright@downeybrand.com

6  Attorneys for Plaintiff and Counterdefendant
   BEL AIR MARKET, a California Corporation
7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12  BEL AIR MART, a California corporation       Case No. 2:10-CV-02392 MCE-EFB
    and WONG FAMILY INVESTORS, L.P.,
13                                               **FOURTH STIPULATION TO EXTEND**
              Plaintiffs,                        **TIME TO RESPOND TO THE COUNTER**
14                                               **AND CROSS-CLAIM OF THE ESTATE OF**
         v.                                      **RONALD G. ARMSTRONG, DECEASED;**
15                                               **ORDER**
    ARNOLD CLEANERS, INC.; *et al.*,
16
              Defendants.
17

18

19  AND RELATED CROSS-ACTIONS

20

21       TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

22       Pursuant to Local Rule 144(a), Defendant Century Indemnity Company, as successor to

23  CCI Insurance Company, as successor to Insurance Company of North America, as alleged insurer

24  of The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550

25  *et seq.*, by and through its counsel of record Farheena A. Habib of Bassi Edlin Huie & Blum LLP,

26  and Plaintiffs Bel Air Mart, a California corporation, by and through its counsel of record Robert P.

27  Soran of Downey Brand, and Wong Family Investors, L.P., by and through its counsel of record

28  John C. Lassner of the Law Office of John C. Lassner, stipulate and agree as follows:

1314539.1                            1

1    The deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century

2  Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance

3  Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased,

4  pursuant to California Probate Code section 550 *et seq.*, shall be extended for 14 days from

5  April 30, 2013, up to and including May 14, 2013.  The parties hereto previously stipulated to

6  three prior extensions from the original date of November 30, 2012, to the current date of

7  April 30, 2013.  Good cause exists for the requested extension.  Several parties to this action,

8  including but not limited to the parties to this stipulation, have engaged in settlement discussions,

9  have participated in a full day of mediation before Robert Kaplan of Judicate West, and have

10  agreed to continue the mediation to a mutually acceptable date in the future.  In addition, there is

11  a pending motion for limited stay to allow the parties to conduct discovery on a discrete issue, the

12  resolution of which is considered a prerequisite to settlement by one of the parties.  The requested

13  extension would allow the parties to conserve their limited resources and focus on resolution

14  while these settlement discussions and mediation are ongoing.

15  DATED:  April 30, 2013           DOWNEY BRAND LLP

16

17                                                By:  /s/ *Robert P. Soran*
                                                         ROBERT P. SORAN
18                                                Attorneys for Plaintiff and Counterdefendant
                                                  BEL AIR MART, a California corporation

19  DATED:  April 30, 2013           LAW OFFICE OF JOHN C. LASSNER

20

21                                                By:  /s/ *John C. Lassner* [as authorized on 04/30/12]
                                                         JOHN C. LASSNER
22                                                Attorneys for Plaintiff and Counterdefendant
                                                  WONG FAMILY INVESTORS, L.P.

23  DATED:  April 30, 2013           BASSI EDLIN HUIE & BLUM LLP

24

25                                                By:  /s/ *Farheena Habib* [as authorized on 04/30/12]
                                                         FARHEENA HABIB
26                                                Attorneys for CENTURY INDEMNITY
                                                  COMPANY, on behalf of Defendant and
27                                                Counterclaimant THE ESTATE OF RONALD G.
                                                  ARMSTRONG, DECEASED

28

1314539.1                                        2

1

**ORDER**

2          Pursuant to the joint stipulation of the parties, and good cause appearing, the request to

3   extend the deadline for Plaintiffs to respond to the Counter and Cross-Claims filed by Century

4   Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance

5   Company of North America, as alleged insurer of The Estate of Ronald G. Armstrong, Deceased,

6   pursuant to California Probate Code section 550 *et seq.*, is GRANTED.   The deadline for

7   Plaintiffs to respond to the Counter and Cross-Claims is hereby extended 14 days from April 30,

8   2013, up to and including May 14, 2013.

9          IT IS SO ORDERED.

10  DATE:  May 13, 2013

11

12

13                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                       UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28