DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
OLIVIA M. WRIGHT (Bar No. 240200)
ASHLEY M. PORTER (Bar No. 285305)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
sgoldberg@downeybrand.com
owright@downeybrand.com
aporter@downeybrand.com

Attorneys for Plaintiff and Counterdefendant
BEL AIR MART, a California corporation

LAW OFFICES OF JOHN C. LASSNER
JOHN C. LASSNER (Bar No. 71604)
1501 28th Street
Sacramento, CA 95816
Telephone: (916) 733-3510
Facsimile: (916) 733-3512
john@jlassnerlaw.com

Attorneys for Plaintiff and Counterdefendant
WONG FAMILY INVESTORS, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:10-CV-02392-MCE-EFB<br><br>**DECLARATION OF OLIVIA M. WRIGHT IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR AN ORDER STRIKING NEW ARGUMENTS AND EVIDENCE SUBMITTED FOR THE FIRST TIME IN CENTURY'S MOTION FOR SANCTIONS, OR IN THE ALTERNATIVE, GRANTING LEAVE FOR PLAINTIFFS TO FILE A SUR-REPLY** |
| AND RELATED COUNTERCLAIMS | Date:　　December 19, 2013<br>Time:　　2:00 p.m.<br>Dept.:　　Courtroom 7, 14th Floor<br>Judge:　　Hon. Morrison C. England |

1

DECLARATION OF OLIVIA M. WRIGHT

I, OLIVIA M. WRIGHT, declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of California. I am a member in good standing of the State Bar of California. I am an Associate with the law firm of Downey Brand LLP, attorneys of record for Plaintiff/Counter-Defendant Bel Air Mart ("Bel Air"). Unless otherwise specified, I have personal and first-hand knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. On Wednesday, December 4, 2013, I spoke with Farheena Habib at Bassi Edlin Huie & Blum LLP, counsel for Century Indemnity Company, insurer of Defendant The Estate of Ronald G. Armstrong, Deceased, pursuant to California Probate Code section 550 *et seq.*, and informed her that Plaintiffs would be filing this *ex parte* application for an order striking new evidence and argument submitted for the first time in Century's Reply Brief in support of its Motion for spoliation sanctions, or in the alternative, granting leave for Plaintiffs to file a Sur-Reply. Ms. Habib did not indicate whether Century would oppose Plaintiffs' *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 4, 2013, at Sacramento, California.

_____
OLIVIA M. WRIGHT

2

DECLARATION OF OLIVIA M. WRIGHT