UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, et al., | No. 2:10-cv-02392-MCE-EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| ARNOLD CLEANERS, INC. et al., | |
| Defendants. | |

In September 2010, Plaintiffs Bel Air Mart and Wong Family Investors, L.P. (collectively, "Plaintiffs"), filed this environmental cleanup action against numerous Defendants. Plaintiffs seek recovery for property damage and cleanup costs caused by contamination from a dry cleaning facility ("the Facility") formerly operated on the real property located at the southeast corner of Arden Way and Eastern Avenue in Sacramento, California (the "Property"). This case was stayed on multiple occasions, notably from October 6, 2011, to January 31, 2012, from June 4, 2012 to October 31, 2012, and from June 5, 2013, until October 31, 2013. See, e.g., ECF No. 198. Discovery in this case is ongoing and currently closes on July 25, 2014. See PTSO, ECF No. 202.

On May 19, 2014, Bel Air Mart, Wong Family Investors, L.P., R. Gern Nagler as Trustee of the John W. Burns Testamentary Trust, Robert Gern Nagler, Ralph

Armstrong, Yolanda Panattoni, Arnold Cleaners, Inc., Han Hoi Joo, Chang Sun Joo, Peter Kim, and The Estate of Ronald G. Armstrong, Deceased, by and through its alleged insurer Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, pursuant to California Probate Code section 550 et seq., (collectively, "Requesting Parties") jointly stipulated to an extension of the deadlines set forth in this Court's Amended Pretrial Scheduling Order, ECF No. 202, by approximately two months.  ECF Nos. 255, 257.  The Requesting Parties request additional time to conserve "their limited financial resources while they pursue a global settlement of this litigation."  ECF No. 257.[1]  Defendant Arrowood Indemnity Company, as alleged insurer of The Estate of Elise G. Burns, Deceased, and The Estate of John W. Burns, Deceased, ("Arrowood"), opposes the Requesting Parties' application.  ECF No. 256.[2]

The Court finds that good cause exists to modify the Amended Pretrial Scheduling Order for a relatively brief extension of approximately two months.  The Requesting Parties' application, ECF No. 255, is GRANTED.  The Court's July 25, 2013 Amended Pretrial Scheduling Order, ECF No. 202, is VACATED.  A Second Amended Pretrial Scheduling Order is forthcoming.[3]

IT IS SO ORDERED.

Dated:  May 29, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Requesting Parties state that "[i]f the Court is willing to grant the requested extension, the Requesting Parties have agreed to voluntarily postpone substantial discovery activities until after [additional] mediation, allowing the parties to focus their time, efforts and limited resources on settlement." ECF No. 257.

[2] All parties who have appeared in this action with the exception of Arrowood joined the stipulation and request.  See ECF Nos. 255 at 4 n.1; 257 at 5.

[3] The new fact discovery cut-off in this matter is September 25, 2014.  The Final Pretrial Conference will be held on May 28, 2015 and the Jury Trial is set for July 20, 2015. The Second Amended Pretrial Scheduling Order will contain all of the new deadlines and dates for this matter.