CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
ERIC R. GARNER (State Bar #131232)
Email: egarner@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:   (916) 920-8608

Attorneys for R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust, and ROBERT GERN NAGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>ORDER ON REQUEST FOR DISMISSAL OF THIRD PARTY DEFENDANT BILL WONG WITH PREJUDICE AS TO NAGLER'S THIRD PARTY COMPLAINT |
| AND RELATED COUNTERCLAIMS. | |
| R. GERN NAGLER, Trustee of the John W. Burns Testamentary Trust; R. GERN NAGLER, individually,<br><br>Third party plaintiffs<br><br>v.<br><br>GENE WONG, individually; PAUL WONG, individually; LILLIE FONG, individually,<br><br>Third party defendants. | |

///
////

{13868.00000 / 00797849.DOC.1 }                              1
ORDER ON REQUEST FOR DISMISSAL AS TO BILL WONG IN THIRD PARTY COMPLAINT

The Court having reviewed Request for Dismissal of BILL WONG (ECF No. 268) submitted by third party plaintiffs R. GERN NAGLER, Trustee of the John W. Burns Testamentary Trust; R. GERN NAGLER, individually, and good cause appearing therefor, orders that BILL WONG be DISMISSED with prejudice, from the Third Party Complaint and an Amended Third Party Summons be issued to PAUL WONG, GENE WONG, and LILLIE FONG. See also ECF Nos. 252 at 2 n.1, 262 at 9 n.7 (explaining that Nagler may only name Paul Wong, Gene Wong and Lily Fong as Third-Party Defendants when filing his Third-Party Complaint).

The Clerk of the Court is directed to issue an Amended Third Party Summons to Lillie Fong, Gene Wong, and Paul Wong.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT