DAVID R. ISOLA (SBN 150311)
disola@isolalaw.com
DOYLE GRAHAM (SBN 217033)
fdgraham@isolalaw.com
ISOLA LAW GROUP, LLP
405 West Pine Street
Lodi, California 95240
Telephone:   (209) 367-7055
Facsimile:    (209) 367-7056

Attorneys for Defendant and Counterclaimant,
RALPH ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br>    Plaintiffs, <br><br>    v. <br><br> ARNOLD CLEANERS, INC.; HAN HOI JOO, individually and dba Arnold Cleaners, Inc., Arnold Cleaners and Arnold Palmer Cleaners; CHANG SUN JOO, individually and dba Arnold Cleaners, Inc., Arnold Cleaners and Arnold Palmer Cleaners; PETER KIM, individually and dba Arnold Cleaners, Inc., Arnold Cleaners and Arnold Palmer Cleaners; et al., <br><br>    Defendants. <br><br> And related Cross-Claims. | Case No.: 2:10-CV-02392-MCE-EFB <br><br> ORDER ON REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT AND COUNTERCLAIMANT RALPH ARMSTRONG'S FIRST AMENDED COUNTERCLAIM AGAINST PLAINTIFFS BEL AIR MART AND WONG FAMILY INVESTORS, L.P. <br><br> HON. MORRISON C. ENGLAND, JR. |

1  The Court having reviewed Request for Dismissal (ECF Nos. 266, 272) submitted by Defendant Ralph Armstrong and good cause appearing therefor and pursuant to Federal Rule of Civil Procedure 41(a)(2), BEL AIR MART and WONG FAMILY INVESTORS, L.P. are DISMISSED with prejudice from the First Amended Counter Claim of Ralph Armstrong.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT