UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD CLEANERS, INC.; *et al*.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  2:10-CV-02392-MCE-EFB<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST OF ALL PARTIES TO EXTEND DEADLINE TO FILE MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION [DKT. NO. 290]**<br><br>**The Honorable Morrison C. England, Jr.** |

After full consideration of the arguments presented by counsel, the representations and agreements reflected in the Second Joint Stipulation and Request of all Parties to Extend Deadline to File Motion for Good Faith Settlement Determination (ECF No. 290) filed by Bel Air Mart, Wong Family Investors, L.P., R. Gern Nagler, individually and as Trustee of the John W. Burns Testamentary Trust, Yolanda Panattoni, Ralph Armstrong, Arnold Cleaners, Inc., Han Hoi Joo, Chang Sun Joo, Peter Kim, The Estate of Ronald G. Armstrong, Deceased, by and through its alleged insurer Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, pursuant to California Probate Code § 550 *et seq*., and The Estate of John W. Burns, Deceased, and the Estate of Elice G. Burns, Deceased, by

1

and through their alleged insurer Arrowood Indemnity Company, pursuant to California Probate Code § 550 *et seq.*, and the papers and records on file in this action, and good cause appearing therefore, the Joint Stipulation and Request of all Parties to Extend Deadline to File Motion for Good Faith Settlement Determination (ECF No. 290) is GRANTED, and the deadline by which the parties must file their Motion for Good Faith Settlement Determination is EXTENDED to November 12, 2014.

   IT IS SO ORDERED.

Dated:  October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT