1  EARL L. HAGSTRÖM (STATE BAR NO. 150958)
   earl.hagstrom@sedgwicklaw.com
2  ALLISON M. LOW (STATE BAR NO. 273202)
   allison.low@sedgwicklaw.com
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendants and Cross-Claimants
   THE ESTATE OF JOHN W. BURNS AND THE ESTATE
7  OF ELICE G. BURNS, BY AND THROUGH
   ARROWOOD INDEMNITY COMPANY PURSUANT
8  TO PROBATE CODE § 550 *et seq.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD CLEANERS, INC.; et al., <br><br> Defendants. | Case No. 2:10-CV-02392 MCE-EFB <br><br> **JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIM BY THE ESTATE OF JOHN W. BURNS AND THE ESTATE OF ELICE G. BURNS AS TO ARNOLD CLEANERS, INC., HAN HOI JOO, CHANG SUN JOO, AND PETER KIM; AND** <br><br> **ORDER** |
|---|---|
| AND RELATED CROSS-ACTIONS. | |

-1-
JOINT STIPULATION AND ORDER DISMISSING CROSS-CLAIM
Case No. 2:10-CV-02392-MCE-EFB

Cross-Claimants The Estate of John W. Burns and The Estate of Elice G. Burns (collectively the "Burns") and Cross-Defendants Arnold Cleaners, Inc., Han Hoi Joo, Chang Sun Joo, and Peter Kim, (collectively the "Arnold Cleaners Cross-Defendants") by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41, subsection (a)(2). The parties agree that this Joint Stipulation disposes of the Burns' cross-claims against Arnold Cleaners Cross-Defendants and that each party shall bear their own attorneys' fees and costs.

DATED: January 7, 2015          SEDGWICK LLP

By: _____/s/ Allison M. Low_____
   Allison M. Low
   Attorney for Defendants
   THE ESTATE OF JOHN W. BURNS AND
   THE ESTATE OF ELICE G. BURNS, BY AND
   THROUGH ARROWOOD INDEMNITY
   COMPANY PURSUANT TO PROBATE CODE
   § 550 *et seq.*

DATED: January 5, 2015          SCHEURING, ZIMMERMAN & DOYLE, LLP

By: __/s/ Keith D. Chidlaw__ [as authorized on January 5, 2015]
   Keith D. Chidlaw
   Attorney for Defendants and Cross-Defendants
   ARNOLD CLEANERS, INC., HAN HOI JOO,
   CHANG SUN JOO and PETER KIM

**ORDER**

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the cross-claims made by The Estate of John W. Burns and The Estate of Elice G. Burns against Arnold Cleaners Cross-Defendants are dismissed and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

19749169v1