1  EARL L. HAGSTRÖM (STATE BAR NO. 150958)
   earl.hagstrom@sedgwicklaw.com
2  ALLISON M. LOW (STATE BAR NO. 273202)
   allison.low@sedgwicklaw.com
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendants and Cross-Claimants
   THE ESTATE OF JOHN W. BURNS AND THE ESTATE
7  OF ELICE G. BURNS, BY AND THROUGH
   ARROWOOD INDEMNITY COMPANY PURSUANT
8  TO PROBATE CODE § 550 *et seq.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P., Plaintiffs, v. ARNOLD CLEANERS, INC.; et al., Defendants. AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-02392 MCE-EFB **JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIM BY THE ESTATE OF JOHN W. BURNS AND THE ESTATE OF ELICE G. BURNS AS TO ROBERT GERN NAGLER; AND** **ORDER** |
|---|---|

Cross-Claimants The Estate of John W. Burns and The Estate of Elice G. Burns (collectively the "Burns") and Cross-Defendant Robert Gern Nagler, by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41, subsection (a)(2).  The parties agree that this Joint Stipulation disposes of the Burns' cross-claim against Robert Gern Nagler and that each party shall bear their own attorneys' fees and costs.

DATED:  January 7, 2015               SEDGWICK LLP


                                      By: _____/s/ Allison M. Low_____
                                          Allison M. Low
                                          Attorney for Defendants
                                          THE ESTATE OF JOHN W. BURNS AND
                                          THE ESTATE OF ELICE G. BURNS, BY AND
                                          THROUGH ARROWOOD INDEMNITY
                                          COMPANY PURSUANT TO PROBATE CODE
                                          § 550 *et seq.*

DATED:  December 31, 2014             WAGNER, KIRKMAN, BLAIN, KLOMPARENS
                                      & YOUMANS LLP


                                      By:  */s/ Eric Garner* [as authorized on December 31, 2014]
                                          Eric Garner
                                          Attorneys for Defendants and Cross-Defendants
                                          ROBERT GERN NAGLER

## **ORDER**

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the cross-claim made by The Estate of John W. Burns and The Estate of Elice G. Burns against Robert Gern Nagler is dismissed and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT