1  EARL L. HAGSTRÖM (STATE BAR NO. 150958)
   earl.hagstrom@sedgwicklaw.com
2  ALLISON M. LOW (STATE BAR NO. 273202)
   allison.low@sedgwicklaw.com
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendants and Cross-Claimants
   THE ESTATE OF JOHN W. BURNS AND THE ESTATE
7  OF ELICE G. BURNS, BY AND THROUGH
   ARROWOOD INDEMNITY COMPANY PURSUANT
8  TO PROBATE CODE § 550 *et seq.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIM BY THE ESTATE OF JOHN W. BURNS AND THE ESTATE OF ELICE G. BURNS AS TO YOLANDA M. PANATTONI; AND**<br><br>**ORDER** |
|---|---|

1    Cross-Claimants The Estate of John W. Burns and The Estate of Elice G. Burns
2    (collectively the "Burns") and Cross-Defendant Yolanda M. Panattoni, by and through their
3    counsel of record, respectfully submit this Joint Stipulation for Dismissal pursuant to Federal
4    Rule of Civil Procedure 41, subsection (a)(2).  The parties agree that this Joint Stipulation
5    disposes of the Burns' cross-claim against Yolanda M. Panattoni and that each party shall bear
6    their own attorneys' fees and costs.

DATED:  January 7, 2015                    SEDGWICK LLP

By:  _____/s/ Allison M. Low_____
     Allison M. Low
     Attorney for Defendants
     THE ESTATE OF JOHN W. BURNS AND
     THE ESTATE OF ELICE G. BURNS, BY AND
     THROUGH ARROWOOD INDEMNITY
     COMPANY PURSUANT TO PROBATE CODE
     § 550 *et seq.*

DATED:  December 30, 2014                  CVM LAW GROUP, LLP

By:  */s/ Robert Collins* [as authorized on December 30, 2014]
     Robert D. Collins
     Attorney for Defendant and Cross-Defendant
     YOLANDA M. PANATTONI

### ORDER

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the cross-claim made by The Estate of John W. Burns and The Estate of Elice G. Burns against Yolanda M. Panattoni is dismissed and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT