EARL L. HAGSTRÖM (STATE BAR NO. 150958)
earl.hagstrom@sedgwicklaw.com
ALLISON M. LOW (STATE BAR NO. 273202)
allison.low@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants and Cross-Claimants
THE ESTATE OF JOHN W. BURNS AND THE ESTATE
OF ELICE G. BURNS, BY AND THROUGH
ARROWOOD INDEMNITY COMPANY PURSUANT
TO PROBATE CODE § 550 *et seq.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIM BY THE ESTATE OF JOHN W. BURNS AND THE ESTATE OF ELICE G. BURNS AS TO THE ESTATE OF RONALD G. ARMSTRONG, DECEASED, BY AND THROUGH CENTURY INDEMNITY COMPANY AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA, PURSUANT TO PROBATE CODE § 550 *ET SEQ.*; AND**<br><br>**ORDER** |

Cross-Claimants The Estate of John W. Burns and The Estate of Elice G. Burns (collectively the "Burns") and Cross-Defendant The Estate of Ronald G. Armstrong, Deceased, by and through Century Indemnity Company as successor to CCI Insurance Company, as successor to Insurance Company of North America, pursuant to Probate Code § 550 *et seq.* (collectively "Armstrong"), by and through their counsel of record, respectfully submit this Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41, subsection (a)(2).  The parties agree that this Joint Stipulation disposes of the Burns' cross-claim against Armstrong and that each party shall bear their own attorneys' fees and costs.

DATED: January 7, 2015                    SEDGWICK LLP

By: _____/s/ Allison M. Low_____
    Allison M. Low
    Attorney for Defendants
    THE ESTATE OF JOHN W. BURNS AND
    THE ESTATE OF ELICE G. BURNS, BY AND
    THROUGH ARROWOOD INDEMNITY
    COMPANY PURSUANT TO PROBATE CODE
    § 550 *et seq.*

DATED: December 31, 2014              BASSI, EDLIN, HUIE & BLUM LLP

By: */s/ Farheena A. Habib* [as authorized on December 31, 2014]
    Farheena A. Habib
    Attorney for Defendant and Cross-Defendant
    THE ESTATE OF RONALD G. ARMSTRONG,
    DECEASED, BY AND THROUGH CENTURY
    INDEMNITY COMPANY AS SUCCESSOR TO
    CCI INSURANCE COMPANY, AS
    SUCCESSOR TO INSURANCE COMPANY OF
    NORTH AMERICA, PURSUANT TO PROBATE
    CODE § 550 *et seq.*

## **ORDER**

Having reviewed the Joint Stipulation set forth above, the Court hereby orders that the cross-claim made by The Estate of John W. Burns and The Estate of Elice G. Burns against The Estate of Ronald G. Armstrong, Deceased, by and through Century Indemnity Company as successor to CCI Insurance Company, as successor to Insurance Company of North America,

/ / /

/ / /

pursuant to Probate Code § 550 *et seq.* is dismissed and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT