# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD CLEANERS, INC.; *et al.*,<br><br>Defendants. | Case No.  2:10-CV-02392-MCE-EFB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| AND RELATED COUNTERCLAIMS | **The Honorable Morrison C. England, Jr.** |

After full consideration of the arguments presented by counsel in the Stipulation to Extend Deadline to File Dispositional Documents filed by Plaintiffs and Counterdefendants Bel Air Mart and Wong Family Investors, L.P., and Defendants The Estate of John W. Burns, Deceased, and The Estate of Elice G. Burns, Deceased, by and through their alleged insurer Arrowood Indemnity Company, pursuant to California Probate Code § 550 et seq., and the papers and records on file in this action, and good cause appearing therefore,

///

///

///

///

1

1   The Stipulation to Extend Deadline to File Dispositional Documents is APPROVED.
2   Dispositional documents are to be filed on or before October 31, 2015.
3   IT IS SO ORDERED.
4
    Dated:  September 2, 2015
5
6   _____
7   MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2