UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al.*,<br><br>Defendants. | Case No. 2:10-CV-02392 MCE-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE ESTATE OF JOHN W. BURNS, DECEASED, AND THE ESTATE OF ELICE G. BURNS, DECEASED** |

    The Court, having reviewed and considered the Stipulation for Dismissal (ECF No. 320) filed by Plaintiffs and Counterdefendants Bel Air Mart and Wong Family Investors, L.P., (collectively, "Plaintiffs"), and Defendants The Estate of John W. Burns, Deceased, and the Estate of Elice G. Burns, Deceased, by and through their alleged insurer Arrowood Indemnity Company, pursuant to California Probate Code § 550 *et seq*., (collectively, "The Burns Estates"), and good cause appearing, issues the following order:

    IT IS HEREBY ORDERED that Plaintiffs' claims in the above-entitled action be, and hereby are, dismissed as against The Burns Estates only, with prejudice.

1   IT IS FURTHER ORDERED that, pursuant to the Settlement Agreement entered into by
2 Plaintiffs and The Burns Estates, and executed by all parties thereto as of August 10, 2015, each
3 of the parties hereto shall bear its own attorneys' fees, costs, and expenses, except as otherwise
4 stated in the Settlement Agreement.
5   IT IS SO ORDERED.
6 Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT