UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, a California corporation and WONG FAMILY INVESTORS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD CLEANERS, INC.; *et al.*,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:10-CV-02392 MCE-EFB<br><br>**ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE**<br><br>**The Honorable Morrison England, Jr.** |

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 322), IT IS HEREBY ORDERED that Plaintiffs' claims in the above-entitled action are DISMISSED as against all remaining defendants, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: October 22, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1